# U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT
## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT (CIP)
11th Cir. R. 26.1-1

**CHARLES JACOB STRATMANN,**
    **Appellant,**

**v.**

**SEACOAST NATIONAL BANK,**
    **Appellee.**

Appeal No. 26-12270-G

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to 11th Cir. R. 26.1-1, Appellant Charles Jacob Stratmann, appearing pro se, certifies that the following persons and entities have an interest in the outcome of this appeal, listed in alphabetical order:

| | |
|---|---|
| **Akerman LLP** | Counsel for Appellee Seacoast National Bank |
| **Klopp, Amanda** | Attorney, Akerman LLP; counsel for Appellee |
| **Levin, Neal H.** | Court-appointed Receiver, Freeborn & Peters LLP (Case 0:23-cv-61696-AHS) |
| **National Liquidators, Inc.** | Court-appointed Substitute Custodian and Sales Agent |
| **QF Products LLC** | Purchaser at judicial sale (Texas LLC); principal: William Wilson |
| **Seacoast National Bank** | Appellee/Plaintiff; not publicly traded; no ticker symbol |
| **Starboard Yacht Group LLC** | Appellant entity (Florida LLC); no publicly traded stock |
| **Stratmann, Charles Jacob** | Appellant, Pro Se; personal guarantor on underlying loan |
| **Wilson, William** | Purchaser at judicial sale; principal of QF Products LLC |
| **Yoss, Jenna** | Attorney, Akerman LLP; counsel for Appellee |

## CORPORATE DISCLOSURE STATEMENT

Appellant Starboard Yacht Group LLC is a Florida limited liability company. It has no parent corporation. No publicly held corporation owns 10% or more of its membership interest. Appellant Charles Jacob Stratmann is an individual and has no publicly traded stock to disclose.

Respectfully submitted,

/s/ Charles Jacob Stratmann
Charles Jacob Stratmann, Pro Se
545 NE 17th Avenue
Fort Lauderdale, Florida 33301
Dated: July 2, 2026