# ELEVENTH CIRCUIT TRANSCRIPT ORDER FORM (PART I)
## (For filing under FRAP 10(b), 11th Cir. R. 10-1)

**Case Information**

Court of Appeals No.: 26-12270-G District Court No.: 0:26-cv-60289-WPD Short Case Style: Seacoast National Bank v. M/V Slow UR Roll II and Starboard Yacht Grp. LLC Notice of Appeal Filed: June 29, 2026

**Transcript Order Information**

[ ] All necessary transcript(s) already on file
[X] No transcript is required for appeal purposes
[ ] No hearing
[ ] I am ordering transcript(s) of the proceedings listed below

Supplemental Statement:

This appeal arises from the district court's orders authorizing and confirming the judicial sale of the vessel M/V Slow UR Roll II on June 26, 2026. Appellant's principal arguments concern the sufficiency of the sale process, the buyer's identity, the distribution of proceeds, and newly discovered video evidence of the vessel's condition and co-branding at the time of sale. Appellant therefore does not require a transcript of any prior proceeding to present the issues currently before the Court. Appellant expressly reserves the right to amend this transcript order if the record on appeal reveals that a transcript of any hearing, status conference, or sale-related proceeding is necessary for complete appellate review.

If transcript is ordered, identify proceedings (not applicable in this filing):

Pretrial Proceedings: N/A Trial Proceedings: N/A Other Proceedings: N/A

**Financial Arrangements**

Not applicable: No transcript is being ordered.

**Appellant Information**

Name: Charles Jacob Stratmann (Pro Se) Address: 545 NE 17th Avenue, Fort Lauderdale, FL 33301 Email: jake@starboardyacht.com Phone: (954) 873-8546

**Certification**

I certify that this completed Part I is filed pursuant to FRAP 10(b) and Eleventh Circuit Rule 10-1. I further certify that this filing does not waive Appellant's right to order additional

transcripts by amended notice if the appellate issues require a fuller record.

Date: July 10, 2026

/s/ Charles Jacob Stratmann Charles Jacob Stratmann, Pro Se Appellant