IN THE UNITED STATES COURT OF APPEALS
ELEVENTH CIRCUIT

No. 26-12270-G
United States District Court, Southern District of Florida
District Court Docket No.:  0:26-cv-60289-WPD

CHARLES JACOB STRATMANN

Appellant,

v.

SEACOAST NATIONAL BANK

Appellee.

## APPELLEE'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO APPELLANT'S EMERGENCY MOTION FOR STAY OF CONFIRMATION OF JUDICIAL SALE AND FOR INJUNCTION PENDING APPEAL

KRISTEN M. FIORE, BCS (25766)
**AKERMAN LLP**
201 East Park Avenue, Suite 300
Tallahassee, Florida  32301
Telephone:  (850) 224-9634
Facsimile:  (850) 222-0103
kristen.fiore@akerman.com


Attorneys for Appellee

**APPELLEE'S MOTION FOR EXTENSION OF TIME TO FILE**
**RESPONSE TO APPELLANT'S EMERGENCY MOTION FOR**
**STAY OF CONFIRMATION OF JUDICIAL SALE**
**AND FOR INJUNCTION PENDING APPEAL**

Pursuant to Federal Rule of Appellate Procedure 27(a)(1) and Eleventh Circuit Rule 26-1, Appellee Seacoast National Bank ("Seacoast") moves for an extension of time to file response to Appellant's Emergency Motion for Stay of Confirmation of Judicial Sale and for Injunction Pending Appeal (Doc. 3-1) (the "Response"), and states:

The Response is due July 13, 2026. *See* FRAP 27(a)(3). Due to events related to the undersigned's unexpected home displacement due to a leak and extended time caring for her son after his shoulder surgery, Seacoast moves for a 4-day extension of time within which to serve the Response to allow the undersigned to adequately come up to speed in this appeal and prepare a sufficient Response.

Seacoast does not request this extension for purposes of delay.

WHEREFORE, Seacoast respectfully requests that the Court extend the time for the filing of the Response to and including July 17, 2026.

**CERTIFICATE OF CONSULTATION**

No consultation under 11th Cir. Rule 26-1 is required because Appellant is pro se.

87583385;1

Respectfully submitted,

/s/ Kristen M. Fiore

KRISTEN M. FIORE, BCS (25766)

**AKERMAN LLP**

201 East Park Avenue, Suite 300

Tallahassee, Florida  32301

Telephone:  (850) 224-9634

Fax:  (850) 222-0103

kristen.fiore@akerman.com

Counsel for Appellee