**IN THE UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT**

**Appeal No. 26-12270-G**

**SEACOAST NATIONAL BANK, Plaintiff-Appellee,**

**v.**

**M/V SLOW UR ROLL II, her engines, tackle, furniture, appurtenances, etc., in rem, Defendant,**

**CHARLES JACOB STRATMANN, Claimant-Appellant.**

**Case Below: Seacoast National Bank v. M/V Slow Ur Roll II et al., No. 0:26-cv-60289-WPD (S.D. Fla., Hon. William P. Dimitrouleas)**

# EMERGENCY NOTICE OF CLERK'S CONFIRMATION OF SALE (DE 109) AND IMMINENT ISSUANCE OF MARSHAL'S BILL OF SALE

**Fed. R. App. P. 27(d) | 11th Cir. R. 27-1**

Appellant Charles Jacob Stratmann hereby gives emergency notice to the Court that the Clerk of the United States District Court for the Southern District of Florida has signed a Clerk's Confirmation of Sale (DE 109), entered on the docket today, July 15, 2026, at 3:01 p.m. -- before the response deadline on the underlying confirmation motion (DE 108) had expired, and before Appellant had the opportunity to file his opposition.

1. **DE 109 was signed by Deputy Clerk Lisa I. Streets on July 15, 2026.** The Confirmation states that "the records in this action indicate that no objection has been filed to the sale." This is factually false. Appellant filed DE 92 (Objection to Confirmation), DE 96 (Motion for Disclosure of Bidder Identities), and DE 97 (Protest of Judicial Sale). These were overruled by DE 107 -- but they were filed. Overruled is not unfiled. The Clerk's Confirmation contains a factual misstatement on its face.

2. **DE 108 carried a response deadline of July 28, 2026.** The CM/ECF system set a response deadline when DE 108 was filed on July 14, 2026. The Clerk signed DE 109 on July 15, 2026 -- thirteen days before that deadline expired. Appellant was never given the opportunity to oppose the confirmation motion before it was granted. This is a due process violation: the court granted a contested motion without waiting for the response period it set.

3. **The Marshal now has two certified copies of the Confirmation.** DE 109 bears the notation "cc: U.S. Marshal (2 certified copies)." The issuance of a Marshal's bill of sale is the last ministerial act before title transfers. The Marshal can now execute that act at any time -- measured in hours, not days. Once the bill of sale issues, title transfers as a matter of law, and this appeal becomes constitutionally moot.

4. **The window for an administrative stay has narrowed from days to hours.** The only remaining ministerial act between the current status and the permanent loss of appellate jurisdiction is the Marshal's issuance of a bill of sale. Appellant's Supplemental Emergency Motion to Stay (filed contemporaneously herewith) remains pending before this Court. The urgency is now acute.

5. **Appellant is simultaneously filing an Emergency Motion to Vacate DE 109 in the district court** (FRAP 8(a)(2)(A) requires that relief be sought below first or shown to be impracticable). That motion addresses the due process violation and the factual misstatement in DE 109. However, the district court cannot provide effective relief if the Marshal issues the bill of sale before the district

court rules -- which could happen within hours.

Appellant respectfully requests that this Court treat this Notice as supplemental support for the pending Supplemental Emergency Motion to Stay, and that the Court issue an immediate administrative stay preserving the status quo -- preventing the transfer of title and issuance of the Marshal's bill of sale -- pending consideration of the stay motion.

Dated: July 15, 2026

Respectfully submitted,

/s/ Charles Jacob Stratmann Charles Jacob Stratmann, Pro Se 545 NE 17th Avenue Fort Lauderdale, FL 33301 (954) 873-8546 jake@starboardyacht.com

CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2026, I filed the foregoing with the Clerk of Court using the appellate CM/ECF system and served a copy on all counsel of record via the CM/ECF notification system.

/s/ Charles Jacob Stratmann

*EMERGENCY NOTICE RE DE 109 | B268 | 2026-07-15 | NA-LMC Status: [CEO GATE -- WET-SIGN + FILE IMMEDIATELY]*