UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

CASE NO.: 0:26-cv-60289-WPD

SEACOAST NATIONAL BANK,

      Plaintiff,

vs.

M/V SLOW UR ROLL II, a 2008 Everglades 350LX
Express, Official No. 1220768, HIN: RJDE0005I708,
Together with all masts, boilers, cables, engines,
machinery, etc., *in rem*, and STARBOARD YACHT
GROUP LLC, a Florida limited liability company, *in
personam*,

      Defendants.

_____/

**ORDER DENYING CHARLES JACOB STRATMANN'S MOTIONS**

This cause is before the Court on Charles Jacob Stratmann's Motion to File Application to Proceed in Forma Pauperis Under Seal [DE 89], filed herein on June 25, 2026, and the Objection of Charles Jacob Stratmann, Pro Se Claimant and Party-in-Interest, to Confirmation of Judicial Sale and Request of Evidentiary Hearing [DE 92], filed herein on June 30, 2026. The sale of the subject vessel occurred on June 26, 2026. [DE 87]. The Court has reviewed the motions and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** that the Motions [DEs 89, 92] are **DENIED** for lack of jurisdiction as this action is presently on appeal. *See* [DE 88].

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 1st day of July, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to

Counsel of record
Charles Jacob Stratmann, Reg. Agent
545 NE 17th Avenue
Fort Lauderdale, FL 33301